# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00148-CV

**In re Allan W. Majeski**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

G. Alan Waldrop, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed:   April 27, 2007